Olson, Respondent, vs. Cunningham, Appellant.

*January 8—February 4, 1930.*

The cause was submitted for the appellant on the brief of the *Attorney General* and *J. E. Messerschmidt,* assistant attorney general, and for the respondent on that of *Herman Leicht* of Medford.

OWEN, J.   The Justices participating in the consideration of this case are equally divided, Mr. Chief Justice ROSENBERRY, Mr. Justice STEVENS, and Mr. Justice FRITZ being of the opinion that the judgment should be reversed, while Mr. Justice CROWNHART, Mr. Justice FOWLER, and the writer are of the opinion that it should be affirmed.   Under the well established rule, the judgment must be affirmed.

*By the Court.*—Judgment affirmed.